## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

JACQULENE E. STEELE,
    Plaintiff,

vs.

EAGLE FINANCIAL SERVICES, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
FRANKLIN COLLECTION SERVICE, INC.;
GREG COATS CARS, INC. d/b/a AUTO OUTLET
OF KENTUCKY; and TRANS UNION, LLC;
    Defendants.

CASE NO. 3:22-cv-148-DJH
**ELECTRONICALLY FILED**

Judge David J. Hale

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth Of Kentucky, Hardin Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division on the following grounds:

1. Plaintiff, Jacqulene Steele served Trans Union on or about February 23, 2022, with a Civil Summons and Complaint filed in the Commonwealth Of Kentucky, Hardin Circuit Court. Copies of the Civil Summons and Complaint, redacted pursuant to Federal Rule of Civil Procedure 5.2, are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 65-69 and 97-104.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Commonwealth Of Kentucky, Hardin Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division.

5. As of the date of this Notice Of Removal, co-Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, Franklin Collection Service Inc., and Greg Coats Cars Inc., d/b/a Auto Outlet of Kentucky have been served. Counsel for Trans Union has contacted counsel and/or corporate representatives for these Defendants, who have consented to this removal as evidenced by the consents attached hereto as **Exhibit C**, **Exhibit D**, **Exhibit E**, and **Exhibit F** respectively. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Commonwealth Of Kentucky, Hardin Circuit Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth Of Kentucky, Hardin Circuit Court, to this United States District Court, Western District of Kentucky, Louisville Division.

Respectfully submitted,

*s/* Sandra Davis Jansen
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of March, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of March, 2022**, properly addressed as follows:

| **for Plaintiff Jacqulene E. Steele**<br>James H. Lawson, Esq.<br>Lawson at Law, PLLC<br>P.O. Box 1286<br>Shelbyville, KY 40066 | |
|---|---|

 *s/* Sandra Davis Jansen
Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Lead Counsel for Defendant Trans Union, LLC*