UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JACQULENE STEELE,                                                                           Plaintiff,

v.                                                            Civil Action No. 3:22-cv-148-DJH-RSE

EAGLE FINANCIAL SERVICES, INC.
et al.,                                                                          Defendants.

\* \* \* \* \*

### ORDER

       Plaintiff Jacqulene Steele and Defendant Experian Information Solutions, Inc. having filed a stipulation of dismissal without prejudice (Docket No. 42), and the Court being otherwise sufficiently advised, it is hereby

       **ORDERED** as follows:

       (1)      Steele's claims against Experian are **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in the record of this matter.

       (2)      All claims having been resolved (*see* D.N. 39; D.N. 33; D.N. 31; D.N. 29; D.N. 26), this matter is **DISMISSED** and **STRICKEN** from the Court's docket.

August 12, 2022

David J. Hale, Judge
United States District Court